FORM NO. 2

# United States Bankruptcy Court
## Western District of Tennessee

In re **Michael Carl Thomas**　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　Debtor(s)　　　　　　　　　　Chapter **13**

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) **Michael Carl Thomas** | S.S.# **xxx-xx-7835** |
| | (W) | S.S.# |
| ADDRESS: | **5376 Oakleaf Ave.** | |
| | **Memphis, TN 38134** | |
| PLAN PAYMENT: | Debtor(s) to pay $ **296.00** | (~~weekly~~, every two weeks, ~~semi-monthly~~, ~~monthly~~) |
| PAYROLL DEDUCTION: | **YES**　　OR ( ) DIRECT PAY | |
| | BECAUSE: | |
| | FIRST PAYMENT DATE: | |
| PLACE OF EMPLOYMENT: | **Wal-Mart** | |
| ADMINISTRATIVE: | Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order. | |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MONTHLY PLAN PMT.

| | | |
|---|---|---|
| AUTO INSURANCE: | ( ) Not included in Plan   ( ) Included in Plan | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to _____ | $ **-NONE-** |
| | Child support arrearage amount _____ | $ |
| PRIORITY CREDITORS: | **IRS** | $ **10.00** |

| | | | | |
|---|---|---|---|---|
| HOME MORTGAGE: | If no arrearage, ongoing payments are to be paid directly by the debtor(s). | | | |
| **-NONE-** | Ongoing pmt. Begin **N/A** | | | $ **N/A** |
| | Approx. arrearage **N/A** | Interest **N/A** % | | $ **N/A** |

| SECURED CREDITORS; (retain lien 11 U.S.C. Sec. 1325{a}{5}) | VALUE COLLATERAL | RATE OF INTEREST | MONTHLY PLAN PMT. |
|---|---|---|---|
| **Wells Fargo Dealer Services** | $ **25,048.52** | **5.25** % | $ **476.00** |

UNSECURED CREDITORS:　Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts. Percentage to be paid to be determined by Trustee;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: **$23,758.00**

TERMINATION:　Plan shall terminate upon payment of the above, approximately **60** months.

OTHER PROVISIONS:
　**Special Intentions:**
　**First Heritage: Debtor(s) intend to avoid lien under 522(f)(1) or 522(f)(2).**
　**World Finance Corp.: Debtor(s) intend to avoid lien under 522(f)(1) or 522(f)(2).**
　**United Consumer Financial Services: Debtor is surrendering the Property to Creditor in full satisfaction of the secured claim. Creditor shall be allowed an unsecured claim for the deficiency balance owed.**

**Rejected Leases**
 **-NONE-**:
**Assumed Leases**
 **-NONE-**:
*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.

DEBTOR'S ATTORNEY:　**Bettye S. Bedwell 015354**
　　　　　　　　　　**Bedwell Law Firm, Inc.**
　　　　　　　　　　**200 Jefferson Ave., Suite 202**
　　　　　　　　　　**Memphis, TN 38103-8306**
　　　　　　　　　　**(901) 577-0009 Fax:(901) 526-0060**